FREDERICK DENNSTALDT, Respondent, *v.* ALBERT SMITH, Administrator, etc., Appellant.

*J. B. Elwood* for the respondent.

Affirmed by default, with costs.